```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                     AT CHARLESTON
```

**MICHAEL D. HICKS,**

    Petitioner,

v.                                    CIVIL ACTION NO. 2:08-1365

**DAVID BALLARD, Warden,**
**Mount Olive Correctional Complex,**

    Respondent.

### MEMORANDUM OPINION AND ORDER

Pending before the court is petitioner's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254. (Doc. No. 1.) By Standing Order entered August 1, 2006, and filed in this case on November 25, 2008, this matter was referred to United States Magistrate Judge Mary E. Stanley. Pursuant to 28 U.S.C. § 636(b), the Standing Order directs Magistrate Judge Stanley to submit proposed findings and recommendation concerning the disposition of this matter. On June 18, 2010, Magistrate Judge Stanley submitted her second Proposed Findings and Recommendation ("PF & R") in this case, recommending that this court deny petitioner's motion for temporary restraining order and preliminary injunction or, in the alternative, for appointment of counsel. (Doc. No. 30.)

In accordance with the provisions of 28 U.S.C. § 636(b), the parties were allotted seventeen days, including three mailing

days, in which to file any objections to Magistrate Judge Stanley's PF & R.  Under § 636(b), the failure of any party to file objections within the appropriate time frame constitutes a waiver of that party's right to a *de novo* review by this court. <u>Snyder v. Ridenour</u>, 889 F.2d 1363 (4th Cir. 1989); <u>Thomas v. Arn</u>, 474 U.S. 140 (1985). Neither party has filed objections to the PF & R, and the time period for doing so has now elapsed.

    Having reviewed the Proposed Findings and Recommendation filed by Magistrate Judge Stanley, the court hereby (1) **CONFIRMS AND ACCEPTS** the findings and conclusions contained therein; and (2) **DENIES** petitioner's Motion for Temporary Restraining Order and for Preliminary Injunction or, in the alternative, for Appointment of Counsel.  This matter shall remain referred to Magistrate Judge Stanley for further proceedings.

    The Clerk is directed to forward copies of this Memorandum Opinion and Order to all counsel of record and to any unrepresented party.

    It is **SO ORDERED** this 13th day of July, 2010.

                                  ENTER:

                                  David A. Faber
                                  Senior United States District Judge